IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MAHZAR PASHA, )<br>)<br>   Petitioner, )<br>)<br>v. )<br>)<br>SCOTT A. MIDDLEBROOKS, )<br>Warden, FPC Montgomery, )<br>)<br>   Respondent. ) | CIVIL ACTION NO.<br>2:06cv445-MHT |

### ORDER

It is ORDERED that petitioner Mahzar Pasha's motion for temporary restraining order, contained in the petition for writ of habeas corpus (doc. no. 1), is denied.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 19th day of May, 2006.

                                     /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE