IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAHZAR PASHA, | ) |
|     Petitioner, | ) |
| v. | )    CIVIL ACTION NO. 2:06-CV-445-MHT |
| SCOTT MIDDLEBROOKS, | ) |
|     Respondent. | ) |

**O R D E R**

Mahzar Pasha ["Pasha"], a federal inmate, filed a petition under 28 U.S.C. § 2241 challenging the calculation of his time for placement in a Community Confinement Center under 18 U.S.C. § 3624(c). However, the petitioner did not file a motion for leave to proceed *in forma pauperis* with the necessary documentation from the prison account clerk nor did he submit the requisite $5.00 filing fee. In light of the foregoing, it is

ORDERED that on or before June 3, 2006 the petitioner shall file either an affidavit in support of a request for leave to proceed *in forma pauperis* accompanied by a prison account statement from the account clerk at the Maxwell Federal Prison Camp showing the balance in his prison account at the time of his filing this petition or the $5.00 filing fee. To aid the petitioner in complying with this order, the CLERK is DIRECTED to furnish him with a copy of the form affidavit used by persons seeking to proceed *in forma pauperis* before this court.

Done this 23rd day of May, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE