IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MAHZAR PASHA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-445-MHT |
| | ) | |
| SCOTT MIDDLEBROOKS, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Upon review of the file in this case, and for good cause, it is

ORDERED that the petitioner be GRANTED an extension from June 3, 2006 to and including June 15, 2006 to file a response in compliance with the order entered on May 23, 2006 (Court Doc. No. 4).

Done this 5th day of June, 2006.


/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE