AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_middle_ District of _Alabama_

Mahzar Pasha

Plaintiff

V.

Scott A. Middlebrooks
Warden FPC Montgomery

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 2:06cv445-MHT

RECEIVED
2006 JUN 13 A 9: 40

I, _Mahzar Pasha_ declare that I am the (check appropriate box)
[X] petitioner/plaintiff/movant   [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [X] Yes    [ ] No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _FPC Montgomery, Maxwell AFB, Al_

   Are you employed at the institution? _no_   Do you receive any payment from the institution? _no_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    [ ] Yes    [X] No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | [ ] | [X] |
   | b. | Rent payments, interest or dividends | [ ] | [X] |
   | c. | Pensions, annuities or life insurance payments | [ ] | [X] |
   | d. | Disability or workers compensation payments | [ ] | [X] |
   | e. | Gifts or inheritances | [ ] | [X] |
   | f. | Any other sources | [ ] | [X] |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   If any of your dependants are minors, please do not list their full name; just list their initials.

                                None

I declare under penalty of perjury that the above information is true and correct.

_06/11/06_                               _[signature]_
     Date                                 Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Date: 05/25/2006　　　　　　　　　　Federal Bureau of Prisons　　　　　　　　　　Facility: MON
Time: 10:42:01 am　　　　　　　　　　　　　　TRUFACS
　　　　　　　　　　　　　　　　　　**Inmate Statement**
　　　　　　　　　　　　　　　　Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 56741019 | Living Quarters: | O01-011U |
| Inmate Name: | PASHA, MAHZAR | Arrived From: | |
| Current Site Name: | Montgomery FPC | Transferred To: | |
| Housing Unit: | MOBILE | Account Creation Date: | 4/19/2005 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MON | 05/22/2006 08:14:28 PM | ITS0522 232 | | | Phone Withdrawal | ($1.00) | | $3.77 |
| | **Total Transactions:** | | | | **Totals:** | **($247.38)** | **$0.00** | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MON | $3.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.77 |
| **Totals:** | **$3.77** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$3.77** |

Page 9