AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Mahzar Pasha
Petitioner

V.

Scott Middlebrooks
Respondent

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  2:06cv445-MHT

TO: (Name and address of Defendant)

U. S. Attorney's Office
Attn: Civil Process Clerk
P. O. Box 197
Montgomery, AL  36101-0197

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mahzar Pasha
#56741-019
Federal Prison Camp Montgomery
Mobile B-Wing
Maxwell Air Force Base, AL 36112
(Pro se)

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DEBRA P. HACKETT, Clerk
CLERK

*(signature)*

(By) DEPUTY CLERK

June 20, 2006
DATE

≈AO 440  (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____    _____
                    Date                                *Signature of Server*

                                          _____
                                                    *Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

Middle        District of        Alabama

Mahzar Pasha
Petitioner

**SUMMONS IN A CIVIL CASE**

V.

Scott Middlebrooks
Respondent

CASE NUMBER:   2:06cv445-MHT

TO: (Name and address of Defendant)

Attorney General of the United States
U.S. Department of Justice
10th and Constitutional Avenue
Washington, D.C.   20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mahzar Pasha
#56741-019
Federal Prison Camp Montgomery
Mobile B-Wing
Maxwell Air Force Base, AL 36112
(Pro se)

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DEBRA P. HACKETT, Clerk                                           June 20, 2006
CLERK                                                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     Date               *Signature of Server*

                                      _____
                                      *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Mahzar Pasha
Petitioner

V.

Scott Middlebrooks
Respondent

SUMMONS IN A CIVIL CASE

CASE NUMBER: 2:06cv445-MHT

TO: (Name and address of Defendant)

Warden Scott Middlebrooks
Maxwell Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL 36112

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mahzar Pasha
#56741-019
Federal Prison Camp Montgomery
Mobile B-Wing
Maxwell Air Force Base, AL 36112
(Pro se)

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DEBRA P. HACKETT, Clerk
CLERK

(By) DEPUTY CLERK

DATE   June 20, 2006

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                               *Signature of Server*

              _____
                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.