| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Nancy Cann_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) _Nancy Cann_  C. Date of Delivery _6/21/06_ |
| 1.<br>U. S. Attorney's Office<br>Attn: Civil Process Clerk<br>P. O. Box 197<br>Montgomery, AL  36101-0197 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 06-445 pet<br>2. Article Number<br>(Transfer from service label)<br>7005 1820 0002 3461 4414 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540