UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

Mahzar Pasha )
 )
   Petitioner, )
 )
v. ) Civil Action No. 2:06-cv-0445-MHT
 )
Middlebrooks. )
 )
   Respondent

### Declaration of Terry A. Collins

   I, the undersigned Terry A. Collins, do hereby make the following unsworn declaration, under penalty of perjury, pertinent to the above-styled and numbered cause.

1.   I am employed as Senior Counsel, Federal Bureau of Prisons, Southeast Region in Atlanta, Georgia. I have been employed by the Bureau of Prisons for 12 years.

2.   As Senior Counsel, I have access to the computerized records of the Administrative Remedy Complaints which is described at 28 C.F.R. § 542, *Administrative Remedy Procedures* for Inmates.

3.   28 C.F.R. §542 contains the guidelines an inmate must follow to exhaust his administrative remedies within the Bureau of Prisons. This three-tired process is a method whereby an inmate may seek redress for the deprivation of any right to which he is entitled or to which he feels entitled. The process consists of the first addressing the complaint to the Warden of the facility where he is housed (BP-9). If dissatisfied with the Warden's response, the inmate must then file an appeal with the Regional Director of the region in which the inmate is located (BP-10). If the inmate is not satisfied with the response of the Regional Director, he must then appeal the decision to the National Inmate Appeals Administrator, Office of General Counsel (BP-11).

4.   A decision by the Bureau of Prisons is not final, until relief has been denied at the national level. Pursuant to 28 C.F.R. §542.18, the Office of the General Counsel has 40 calendar days to respond. If the response time is insufficient to make an appropriate decision, the time frame for the response may be extended by 20 days.

5.    I have reviewed the Administrative Remedy Log for inmate Mazhar Pasha, federal register number 56741-019.

6.    The computerized log reflects on May 24, 2006, inmate Pasha filed Administrative Remedy Appeal no. 404296-A1, regarding CCC referral with the General Counsel's Office. See Attachment A. The General Counsel's Office has not yet responded to this appeal. Therefore, inmate Pasha has not exhausted his Administrative Remedies regarding the CCC issue.

I declare under the penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 11th day of July, 2006.

*Terry A. Collins*
Terry A. Collins, Senior Counsel
Federal Bureau of Prisons
Southeast Region

```
SERBG              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      07-11-2006
PAGE 001 OF                                                            12:50:32
      FUNCTION: L-P SCOPE: REG    EQ 56741-019    OUTPUT FORMAT: UNSAN
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____ DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS:   ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
SUBJECTS:   ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _           RECEIPT: _ _ _  "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____ ____ ____ ____ ____ ____
TRACK: DEPT:  ____ ____ ____ ____ ____ ____
      PERSON: ___  ___  ___  ___  ___  ___
        TYPE: ___  ___  ___  ___  ___  ___
EVNT FACL: EQ ____ ____ ____ ____ ____ ____
RCV FACL.: EQ ____ ____ ____ ____ ____ ____
RCV UN/LC: EQ ____ ____ ____ ____ ____ ____
RCV QTR..: EQ ____ ____ ____ ____ ____ ____
ORIG FACL: EQ ____ ____ ____ ____ ____ ____
ORG UN/LC: EQ ____ ____ ____ ____ ____ ____
ORIG QTR.: EQ ____ ____ ____ ____ ____ ____


G0002      MORE PAGES TO FOLLOW . . .
```

```
SERBG              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      07-11-2006
PAGE 002 OF 002 *              UNSANITIZED FORMAT              *       12:50:32

REMEDY-ID      REG         NAME                    ORIG UNIT OR LOC/QTRS/FACL
               STATUS-DATE     STATUS    DATE-RCV  RCV-OFC  RCV-FACL  EVNT-FACL
               SUBJ1/SUBJ2 -------------------ABSTRACT------------------------

404926-F1      56741-019   PASHA, M                MOBILE   001-011U   MON
               03-06-2006      CLD     02-23-2006  MON      MON        MON
               35CM/       ACCESS TO PROGRAMS (CCC REFERRALS, RECREATION, ETC.)

407108-R1      56741-019   PASHA, M
               03-20-2006      VOD     03-17-2006  SER      MON        MON
               19ZM/       I/M WANTS CONSIDERATION FOR 6 MONTH HOME CONFINEMENT

404926-R1      56741-019   PASHA, M                MOBILE   001-011U   MON
               03-20-2006      REJ     03-17-2006  SER      MON        MON
               35CM/       ACCESS TO PROGRAMS (CCC REFERRALS, RECREATION, ETC.)

404926-R2      56741-019   PASHA, M                MOBILE   001-011U   MON
               05-01-2006      CLD     04-03-2006  SER      MON        MON
               35CM/       ACCESS TO PROGRAMS (CCC REFERRALS, RECREATION, ETC.)

404926-A1      56741-019   PASHA, M                MOBILE   001-011U   MON
               05-24-2006      ACC     05-22-2006  BOP      MON        MON
               35CM/       ACCESS TO PROGRAMS (CCC REFERRALS, RECREATION, ETC.)


                           5 REMEDY SUBMISSION(S) SELECTED
G0000          TRANSACTION SUCCESSFULLY COMPLETED
```