Office of the Clerk of the Court
For the Middle District of Alabama
P.O.Box 711
Montgomery, AL. 36101-0711

2006 AUG -1  A 10: 05

Ref: Change of Address ( Case No. 2:06-CV-445-MHT )


Sir/ Madame:

    This correspondence is to inform you that my address will be changing on August 3, 2006. I am being transferred to a CCC ( Halfway house) . (300 Wendell Ct. S.W., Atlanta, GA. )
    Please forward any and all future correspondence to me at the above address. Also, I would like to inform you that as of today, July 28, 2006 I have not received the answer from the Office of Legal Counsel of Bureau of Prisons pertaining to my Appeal request ( My BP-11) which was due on July 21, 2006. This delay is further proof that the Administrative remedy requirement was and is futile.

    Thank You in advance for your assistance in this matter.

Sincerely,
Mahzar Pasha   July 28, 2006