IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAHZAR PASHA, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:06cv445-MHT |
| | ) |
| SCOTT MIDDLEBROOKS, | ) |
| | ) |
|     Respondents. | ) |

**ORDER**

On May 22 and August 2, 2006, the Magistrate Judge filed Recommendations (Doc. ## 3 & 17) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendations of the Magistrate Judge, it is

ORDERED as follows:

1.    That the Recommendations (Doc. ## 3 & 17) are ADOPTED;

2.    That the motion for preliminary injunction and motion for writ of mandamus (Doc. # 1) are DENIED; and

3.    That the instant 28 U.S.C. § 2241 petition for habeas relief (Doc. # 1) is DISMISSED as moot since a more favorable decision on the merits would not entitle the petitioner to any additional relief.

DONE, this the 25th day of August, 2006.

                                                               /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE